UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  Chic 2 Chic, Inc.
Debtor,

Chapter: 7
Case No: 17–12906
Judge Melvin S. Hoffman

### NOTICE REGARDING DEFICIENT FILING
(POC AND RELATED DOCUMENTS)

**NOTICE IS HEREBY GIVEN** that your recent filing of **Proof of Claim # 131** on **AUGUST 28, 2017** in the above referenced case was deficient and/or defective as noted below.

**PROOF OF CLAIM**

☐  **No Proof of Claim Form Filed, or Old Form Used.** Please complete a Proof of Claim Form (Official Form 410) and file it with the Court. Attach any supporting documents you wish to include with your claim. Official Form 410 is available at www.mab.uscourts.gov.

☐  **Proof of Claim not signed.** Please file an amended claim (Official Form 410) with an original signature with the Court.

☐  **Proof of Claim is a copy; the signature is not original.** Please file an amended claim (Official Form 410) with an original signature with the Court.

**RELATED DOCUMENT TO PROOF OF CLAIM**

☐  **Certificate of Service.** Debtors do not receive electronic service through the Court's ECF system. Pursuant to MLBR, Appendix 8, MEFR 9, debtors are entitled to conventional service through the US Mail. Please serve the debtor by first class U.S. Mail and file an amended Certificate of Service with the Court.

☑  **Signature Missing/Inadequate.** Documents filed with the Court must be signed. A scanned original or imaged signature is required, /s/ name is not permitted. Please refile.

☐  **Other**

FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION THAT COULD AFFECT YOUR RIGHTS INCLUDING, BUT NOT LIMITED TO, DENIAL OF THE RELIEF OR ACTION REQUESTED OR STRIKING YOUR CLAIM, AS APPROPRIATE.
YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.

⦿ United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date: 8/31/17

By the Court,

Robert Tedeschi
Deputy Clerk
617–748–5301

23